**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**KEITH MAUGER,**

**Plaintiff,**

**v.**

**Civil Action 2:26-cv-795**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

**JOSEPH EBEL, *et al.*,**

**Defendants.**

# ORDER

On September 2, 2026, the undersigned issued a Report and Recommendation, recommending that this action be dismissed for Plaintiff's failure to comply with the Court's order to either file a motion for leave to proceed *in forma pauperis* or to pay the $405.00 filing fee. (ECF No. 14.) On October 19, 2026, the Court received a money order for the full amount of the filing fee. Accordingly, the September 2, 2026 Report and Recommendation is **VACATED**.

This matter is also before the Court on Plaintiff's Motion for Discovery (ECF No. 5.) Therein, Plaintiff "move[s] the court to discovery regarding facts and statements on the subject of horizontal transmission of so-called vaccines" and "move[s] that the court acquire understanding of the inherent conflict of interest presented repeatedly in submitted documents." (*Id.*) To the extent that Plaintiff is seeking relief regarding the discovery process governed by the Federal Rules of Civil Procedure, his motion is premature, as Defendants have not yet been served with the summons and Complaint, and the parties have not conferred as required by Federal Rule of Civil Procedure 26(f) to open discovery. *See* Fed. R. Civ. P. 26(d). To the extent

that Plaintiff is seeking any other relief via this motion, the precise nature of the relief sought is not clear to the Court. Accordingly, Plaintiff's Motion for Discovery (ECF No. 5) is **DENIED**.

This matter is further before the Court on Plaintiff's Motion to Compel Response (ECF No. 20), in which Plaintiff seeks a Court order compelling Defendants to respond to Plaintiff's requests for depositions and interrogatories. But as noted above, this motion is premature, as discovery has not yet opened in this case. Plaintiff's Motion to Compel Response (ECF No. 20) is therefore **DENIED**.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE