**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**KEITH MAUGER,**

**Plaintiff,**

**v.**

**Civil Action 2:26-cv-795**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

**JOSEPH EBEL, *et al.*,**

**Defendants.**

**ORDER**

This matter is before the Court on Plaintiff's motion for issuance of summonses (ECF No. 25.) The clerk cannot issue any summonses in this case because Plaintiff has not yet submitted a summons form (Form AO-440) for any of the Defendants. Plaintiff's motion is therefore **DENIED WITHOUT PREJUDICE** to submitting a completed summons form for each Defendant.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE